THE PHŒNIX MILLS, Appellant, *v.* JAMES A. MILLER, Respondent.

(Argued June 13, 1890; decided June 27, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 11, 1887, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and reversed an order denying a motion for a new trial and granted a new trial.

*E. J. Maxwell* for appellant.

*M. L. Stover* for respondent.

Agree to dismiss appeal; no opinion.

All Concur, except POTTER, J. not sitting.

Appeal dismissed

---

JANSEN HASBROUCK, Respondent, *v.* NELSON H. BURHANS, Appellant.

(Argued June 18, 1890; decided June 27, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 15, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial and order denying a motion to correct said judgment.

*William Lounsbery* for appellant.

*Howard Chipp, Jr.,* for respondent.

Agree to affirm; no opinion.

All concur, except PARKER, J., not sitting.

Judgment affirmed.